The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL STEPIEN,<br><br>            Plaintiff,<br><br>       v.<br><br>GINA RAIMONDO, Secretary of the U.S. Department of Commerce,<br><br>            Defendant. | Case No. C21-1166-SKV<br><br>JOINT STIPULATION<br><br>Noted for Consideration:<br>October 14, 2021 |

The parties, through their counsel of record, jointly stipulate and respectfully move this Court for an Order as follows:

1.     Plaintiff initially filed her Complaint in this action under the Freedom of Information Act, 5 U.S.C § 552 ("FOIA") on August 27, 2021.  *See* Dkt. 1

2.     On October 1, 2021, Plaintiff filed a First Amended Complaint in this action.  *See* Dkt. 3; *see also* Fed. R. Civ. P. 15(a).

3.     At this time, Plaintiff intends to file a Second Amended Complaint that does not name any individual person as a Defendant in this FOIA action. *See generally Drake v. Obama*, 664 F.3d 774, 785 (9th Cir. 2011).

4.     For the purpose of working towards an efficient resolution, and without waiver of any

JOINT STIPULATION
C21-1166-SKV
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

defense or argument, and without stipulating that Plaintiff has or may otherwise set forth a valid FOIA claim against any Defendant or potential Defendant, the parties jointly stipulate that Plaintiff may file a Second Amended Complaint in this Action.

5. The parties therefore jointly request that this Court issue an order allowing Plaintiff to file a Second Amended Complaint and direct the government to file its responsive pleading with 14 days of Plaintiff filing her Second Amended Complaint.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 14th day of October, 2021.

| NICHOLAS W. BROWN<br>United States Attorney | NOLAN LIM LAW FIRM, P.S. |
|---|---|
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271<br>Phone:  206-553-4358<br>Fax:  206-553-4067<br>Email:  katie.fairchild@usdoj.gov<br><br>*Attorneys for Defendant* | *s/ Nolan Lim*<br>NOLAN LIM, WSBA #36830<br>1111 Third Avenue, Suite 1850<br>Seattle, WA 98101<br>Phone: 206-774-8874<br>Fax: 206-430-6222<br>nolan@nolanlimlaw.com<br><br>*Attorney for Plaintiff* |

JOINT STIPULATION
C21-1166-SKV
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

Dated this 15th day of October, 2021.

_____
S. KATE VAUGHAN
United States Magistrate Judge

JOINT STIPULATION
C21-1166-SKV
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970