The Honorable Ricardo S. Martinez
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL STEPIEN, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, an Agency of the United States, and DEPARTMENT OF COMMERCE, <br><br> Defendants. | Case No. C21-1166-RSM-SKV <br><br> JOINT STIPULATION AND MOTION <br><br> Noted for Consideration: <br> January 11, 2022 |

Plaintiff filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA"), 5 USC § 552, against the Defendants seeking the disclosure of certain documents.

At this time, counsel for the parties are continuing to confer in good faith in an effort to discuss potential resolution of this action without motion practice. In order to provide the parties with additional time to continue these efforts, the parties jointly propose and agree that there is good cause to provide this Court with a status update on or before March 31, 2022, regarding the status of these efforts and/or propose a stipulated briefing schedule if Court resolution is needed.

JOINT STIPULATION AND MOTION
C21-1166-RSM-SKV
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 11th day of January, 2022.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | NOLAN LIM LAW FIRM, P.S. |
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA #47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-4358<br>Fax: 206-553-4067<br>Email: katie.fairchild@usdoj.gov | *s/ Nolan Lim*<br>NOLAN LIM, WSBA #36830<br>1111 Third Avenue, Suite 1850<br>Seattle, WA 98101<br>Phone: 206-774-8874<br>Fax: 206-430-6222<br>nolan@nolanlimlaw.com<br><br>*Attorney for Plaintiff* |

*Attorney for Defendants*

## ORDER

**IT IS SO ORDERED**.

Dated this 12th day of January, 2022.

*[signature: S. Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

JOINT STIPULATION AND MOTION
C21-1166-RSM-SKV
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970