The Honorable Ricardo S. Martinez
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL STEPIEN,<br><br>                    Plaintiff,<br><br>        v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, an Agency of the United States, and DEPARTMENT OF COMMERCE,<br><br>                    Defendants. | Case No. C21-1166-RSM-SKV<br><br>JOINT STIPULATION AND MOTION<br><br>Noted for Consideration:<br><br>July 29, 2022 |

Pursuant to the parties' previous stipulation and this Court's Order, Dkt. 20, the parties submit this joint status report regarding efforts to reach a resolution in the above-captioned case brought pursuant to the Freedom of Information Act ("FOIA"). The parties previously agreed to work cooperatively to attempt to resolve this litigation without motion practice and continue to make progress, however, this matter is not yet resolved. Therefore, the parties agree and stipulate to continue to work cooperatively towards resolution.

JOINT STIPULATION AND MOTION
C21-1166-RSM-SKV
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties propose to file a joint status report on or before September 30, 2022. If at any time in before then it becomes apparent that resolution between the parties is not feasible, the parties will submit a proposed schedule to the Court for motion practice.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 29th day of July, 2022.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | NOLAN LIM LAW FIRM, P.S. |
| *s/ James C. Strong*<br>JAMES C. STRONG, WSBA # 59151<br>*s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA # 47712<br>Assistant United States Attorneys<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email:james.strong@usdoj.gov<br>        katie.fairchild@usdoj.gov<br><br>*Attorneys for Defendant* | *s/ Nolan Lim*<br>NOLAN LIM, WSBA #36830<br>1111 Third Avenue, Suite 1850<br>Seattle, WA 98101<br>Phone: 206-774-8874<br>Fax: 206-430-6222<br>nolan@nolanlimlaw.com<br><br>*Attorney for Plaintiff* |

JOINT STIPULATION AND MOTION
C21-1166-RSM-SKV
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

Dated this 3rd day of August, 2022.

_____
S. KATE VAUGHAN
United States Magistrate Judge

JOINT STIPULATION AND MOTION
C21-1166-RSM-SKV
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970