The Honorable Ricardo S. Martinez
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL STEPIEN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, an Agency of the United States, and DEPARTMENT OF COMMERCE,<br><br>　　　　　　　　Defendants. | Case No. C21-1166-RSM-SKV<br><br>JOINT STIPULATION AND MOTION<br><br>NOTED FOR CONSIDERATION:<br>November 29, 2022 |

**JOINT STIPULATION AND MOTION**

Pursuant to the parties' previous stipulation and this Court's Order, Dkt. 25, the parties submit this joint status report regarding efforts to reach a resolution in the above-captioned case brought pursuant to the Freedom of Information Act ("FOIA"). The parties previously agreed to work cooperatively to attempt to resolve this litigation without motion practice. Defendants are working towards completing their rolling FOIA productions. The parties propose to continue to meet and confer regarding the FOIA exemptions Defendants have asserted, as needed. Defendants are working in good faith to complete their FOIA release in response to the FOIA requests at issue in this litigation by on or about January 15, 2023. Shortly thereafter the parties will confer on a

JOINT STIPULATION AND MOTION
C21-1166-RSM-SKV
PAGE 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

briefing schedule if necessary, or determine if the matter can be resolved without motion practice. Therefore, the parties agree and stipulate to continue to work cooperatively towards resolution.

The parties propose to file a joint status report within 60 days. If at any time in before then it becomes apparent that resolution between the parties is not feasible, the parties will submit a proposed schedule to the Court for motion practice.

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 29th day of November, 2022.

| | |
|---|---|
| NICHOLAS W. BROWN<br>United States Attorney | NOLAN LIM LAW FIRM, P.S. |
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA # 47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: katie.fairchild@usdoj.gov<br><br>*Attorney for Defendants* | *s/ Nolan Lim*<br>NOLAN LIM, WSBA #36830<br>1111 Third Avenue, Suite 1850<br>Seattle, WA 98101<br>Phone: 206-774-8874<br>Fax: 206-430-6222<br>nolan@nolanlimlaw.com<br><br>*Attorney for Plaintiff* |

JOINT STIPULATION AND MOTION
C21-1166-RSM-SKV
PAGE 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

Dated this 30th day of November, 2022.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

JOINT STIPULATION AND MOTION
C21-1166-RSM-SKV
PAGE 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970