UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL STEPIEN,<br><br>                Plaintiff,<br><br>   v.<br><br>RICK SPINRAD et al.,<br><br>                Defendant. | Case No. C21-1166-RSM-SKV<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Pursuant to the parties' Joint Status Report, Dkt. 28, the Court hereby ORDERS the parties to file a joint proposed briefing schedule for resolution of the FOIA exemption claims in this litigation by no later than **March 31, 2023**.

Dated this 2nd day of February, 2023.

                                       Ravi Subramanian
                                       Clerk of Court

                                By: Stefanie Prather
                                       Deputy Clerk

MINUTE ORDER - 1