UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROL STEPIEN,

            Plaintiff,

    v.

RICK SPINRAD et al.,

            Defendants.

Case No. C21-1166-RSM-SKV

MINUTE ORDER

      The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

      The parties in this Freedom of Information Act case have jointly moved to extend the deadline on which their joint status report and/or cross-motion briefing schedule is due by 60 days. Dkt. 32. Given the amount of time that this case has been ongoing, if the parties are unable to reach a resolution within 60 days from the date of this Order, they must proceed with proposing a cross-motion briefing schedule. No further extensions will be granted absent exceptional circumstances.

     Dated this 8th day of May, 2023.

                                                Ravi Subramanian
                                                Clerk of Court

                                                By: s/ Stefanie Prather
                                                    Deputy Clerk

MINUTE ORDER - 1