The Honorable Ricardo S. Martinez
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL STEPIEN,<br><br>               Plaintiff,<br><br>     v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, an Agency of the United States, and DEPARTMENT OF COMMERCE,<br><br>               Defendants. | Case No. C21-1166-RSM-SKV<br><br>JOINT STIPULATION TO RENOTE CROSS-MOTION BRIEFING SCHEDULE<br><br>Noted For Consideration:<br>September 15, 2023 |

**JOINT STIPULATION TO RENOTE CROSS-MOTION BRIEFING SCHEDULE**

Pursuant to Local Civil Rules 7(k) and 7(l) the parties jointly stipulate to renote and briefly extend the stipulated cross-motion briefing schedule as follows:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Defendants' Cross-Motion and Opposition to Plaintiff's Motion | September 15, 2023 | September 20, 2023 |
| Plaintiff's Joint Reply in Support of Plaintiff's Motion and Opposition to Defendant's Cross Motion | September 29, 2023 | October 4, 2023 |
| Defendants' Reply in Support of Defendants' Cross Motion | October 13, 2023 | October 18, 2023 |

STIPULATION TO RENOTE
C21-1166-RSM-SKV
PAGE– 1

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 15th day of September, 2023.

| | |
|---|---|
| TESSA M. GORMAN<br>Acting United States Attorney | NOLAN LIM LAW FIRM, P.S. |
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA # 47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>Email: katie.fairchild@usdoj.gov | *s/ Nolan Lim*<br>NOLAN LIM, WSBA #36830<br>1111 Third Avenue, Suite 1850<br>Seattle, WA 98101<br>Phone: 206-774-8874<br>Fax: 206-430-6222<br>Email: nolan@nolanlimlaw.com |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |

I certify that this memorandum contains 82 words in compliance with the Local Rules.

STIPULATION TO RENOTE
C21-1166-RSM-SKV
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

Dated this 19th day of September, 2023.

_____
S. KATE VAUGHAN
United States Magistrate Judge

STIPULATION TO RENOTE
C21-1166-RSM-SKV
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970