The Honorable Ricardo S. Martinez
The Honorable S. Kate Vaughan

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CAROL STEPIEN,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, an Agency of the United States, and DEPARTMENT OF COMMERCE,<br><br>　　　　　　　Defendants. | Case No. C21-1166-RSM-SKV<br><br>JOINT STIPULATION TO RENOTE CROSS-MOTION BRIEFING SCHEDULE |

**JOINT STIPULATION TO RE-NOTE CROSS MOTION BRIEFING SCHEDULE**

1. WHEREAS, On or about September 14, 2023, the parties agreed to Re-Note the Briefing Schedule which this court subsequently approved.

2. WHEREAS, On October 3, 2023, Plaintiff in response to Defendant's Cross Motion for Summary Judgment, reached out to Defendant's Counsel on the stipulation of a Third Amended Complaint after review of Defendant's Vaughn Index.

3. WHEREAS, the parties are continuing to negotiate in good faith towards resolution in this case and both feel a short extension of the briefing schedule could potentially resolve the matter or narrow the issues in need of court resolution.

STIPULATION TO RENOTE
C21-1166-RSM-SKV
PAGE– 1

NOLAN LIM LAW FIRM, PS
1111 THIRD AVE SUITE 1850
SEATTLE, WASHINGTON 98101
(206) 774-8874

4. WHEREAS, the parties have agreed to re-note the remaining Cross Motion Briefing Schedule for 30 days, to allow for Defendant to evaluate Plaintiff's Proposed Third Amended Complaint, narrow the issues for Summary Judgment, and continue good faith discussions to resolve the case jointly without further briefing.

5. Pursuant to Local Civil Rules 7(k) and 7(l) the parties jointly stipulate to renote and briefly extend the stipulated cross-motion briefing schedule as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Plaintiff's Joint Reply in Support of Plaintiff's Motion and Opposition to Defendant's Cross Motion | October 4, 2023 | November 3, 2023 |
| Defendants' Reply in Support of Defendants' Cross Motion | October 18, 2023 | November 17, 2023 |

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this October 3, 2023.

TESSA M. GORMAN  
Acting United States Attorney

*s/ Katie D. Fairchild*  
KATIE D. FAIRCHILD, WSBA # 47712  
Assistant United States Attorney  
United States Attorney's Office  
700 Stewart Street, Suite 5220  
Seattle, Washington 98101-1271  
Phone: 206-553-7970  
Fax: 206-553-4073  
Email: katie.fairchild@usdoj.gov

*Attorneys for Defendants*

NOLAN LIM LAW FIRM, P.S.

*s/ Nolan Lim*  
NOLAN LIM, WSBA #36830  
1111 Third Avenue, Suite 1850  
Seattle, WA 98101  
Phone: 206-774-8874  
Fax: 206-430-6222  
Email: nolan@nolanlimlaw.com

*Attorney for Plaintiff*

I certify that this memorandum contains 142 words in compliance with the Local Rules.

STIPULATION TO RENOTE  
C21-1166-RSM-SKV  
PAGE– 2

NOLAN LIM LAW FIRM, PS  
1111 THIRD AVE SUITE 1850  
SEATTLE, WASHINGTON 98101  
(206) 774-8874

**ORDER**

**IT IS SO ORDERED**.

Dated this 3rd day of October, 2023.

_____
S. KATE VAUGHAN
United States Magistrate Judge

STIPULATION TO RENOTE
C21-1166-RSM-SKV
PAGE– 3

NOLAN LIM LAW FIRM, PS
1111 THIRD AVE SUITE 1850
SEATTLE, WASHINGTON 98101
(206) 774-8874