The Honorable Ricardo S. Martinez
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL STEPIEN,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, an Agency of the United States, and DEPARTMENT OF COMMERCE,<br><br>    Defendants. | Case No. C21-1166-RSM-SKV<br><br>JOINT STIPULATION TO RENOTE CROSS-MOTION BRIEFING SCHEDULE<br><br>Noted For Consideration:<br>October 26, 2023 |

**JOINT STIPULATION TO RENOTE CROSS-MOTION BRIEFING SCHEDULE**

1.  As indicated in the parties' previous stipulation, Dkt. 43, following the filing of the parties' cross-motions, the parties have met and conferred regarding possible resolution or narrowing on the disputed issues in this case.

2.  At this time, the parties are working towards a potential total resolution of this case and have exchanged an offer and counter-offer. The parties propose to continue this process to see if resolution without further court action is possible.

3.  At a minimum, the parties have narrowed the issues in dispute. However, rather than continue to with motions practice and/or a possible amended complaint at this time, the

STIPULATION TO RENOTE
C21-1166-RSM-SKV
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

parties believe that it would be more efficient for the Court and litigants if they focused their efforts on seeing whether a complete resolution is possible during the next few weeks.

4. Therefore the parties jointly agree there is good cause and ask this Court's consent to renote and briefly extend the stipulated cross-motion briefing schedule as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Plaintiff's Joint Reply in Support of Plaintiff's Motion and Opposition to Defendant's Cross Motion | November 3, 2023 | November 17, 2023 |
| Defendants' Reply in Support of Defendants' Cross Motion | November 17, 2023 | December 1, 2023 |

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 26th day of October, 2023.

| | |
|---|---|
| TESSA M. GORMAN<br>Acting United States Attorney | NOLAN LIM LAW FIRM, P.S. |
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA # 47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>Email: katie.fairchild@usdoj.gov | *s/ Nolan Lim*<br>NOLAN LIM, WSBA #36830<br>1111 Third Avenue, Suite 1850<br>Seattle, WA 98101<br>Phone: 206-774-8874<br>Fax: 206-430-6222<br>Email: nolan@nolanlimlaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

I certify that this memorandum contains 207 words in compliance with the Local Rules.

STIPULATION TO RENOTE
C21-1166-RSM-SKV
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED.** The Clerk is directed to renote the parties' cross-motions for summary judgment for December 1, 2023.

Dated this 30th day of October, 2023.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

STIPULATION TO RENOTE
C21-1166-RSM-SKV
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970