The Honorable Ricardo S. Martinez
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL STEPIEN,<br><br>                    Plaintiff,<br><br>        v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, an Agency of the United States, and DEPARTMENT OF COMMERCE,<br><br>                    Defendants. | Case No. 2:21-cv-01166-RSM-SKV<br><br>JOINT STIPULATION FOR DISMISSAL<br><br>Noted For Consideration:<br>January 10, 2024 |

The above-captioned action having been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of this case.

//

//

//

//

//

STIPULATION FOR DISMISSAL
2:21-cv-01166-RSM-SKV
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO STIPULATED, THROUGH PARTIES OF RECORD.

DATED this 10th day of January, 2024.

| | |
|---|---|
| TESSA M. GORMAN<br>Acting United States Attorney | NOLAN LIM LAW FIRM, P.S. |
| *s/ Katie D. Fairchild*<br>KATIE D. FAIRCHILD, WSBA # 47712<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4073<br>Email: katie.fairchild@usdoj.gov | *s/ Nolan Lim*<br>NOLAN LIM, WSBA #36830<br>1111 Third Avenue, Suite 1850<br>Seattle, WA 98101<br>Phone: 206-774-8874<br>Fax: 206-430-6222<br>Email: nolan@nolanlimlaw.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

I certify that this memorandum contains 41 words in compliance with the Local Rules.

STIPULATION FOR DISMISSAL
2:21-cv-01166-RSM-SKV
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

DATED this 17th day of January, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL
2:21-cv-01166-RSM-SKV
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970